**15-25-00085-CV**

TRIAL COURT CASE NO. _____

§       IN THE DISTRICT COURT
§       FILED IN
§       15th COURT OF APPEALS
§       _____ COUNTY, TEXAS
§                AUSTIN, TEXAS
§       5/5/2025 11:27:00 AM
§       JUDICIAL DISTRICT
        CHRISTOPHER A. PRINE
                Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: [3rdClerksAndReporters@txcourts.gov](mailto:3rdClerksAndReporters@txcourts.gov))

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____ By:_____(clerk's initials)

5/2/2025 4:44 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-20-006861
Selina Hamilton

**Cause No. D-1-GN-20-006861**

| | |
|---|---|
| **James Blake Brickman,** *et al.,* | **In the District Court of** |
| Plaintiffs, | |
| v. | **Travis County, Texas** |
| **Office of the Attorney General of Texas,** | |
| Defendant. | **250th Judicial District** |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Office of the Attorney General of Texas provides notice it is appealing the final judgment in this matter, signed by the 250th Judicial District Court of Travis County, Texas on April 4, 2025.

The appeal is taken to the Fifteenth Court of Appeals at Austin, Texas.

Respectfully submitted,

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**

*/s/ William S. Helfand*
WILLIAM S. HELFAND
SBOT # 09388250
bill.helfand@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830
ATTORNEYS FOR DEFENDANT, OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS

156609965.1

**Certificate of Service**

I served a true and correct copy of this notice on all counsel of record by and through the

Court's electronic filing system on May 2, 2025.

/ s / *William S. Helfand*
William S. Helfand

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dawn Garrard on behalf of William Helfand
Bar No. 9388250
Dawn.Garrard@Lewisbrisbois.com
Envelope ID: 100398201
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 5/5/2025 11:22 AM CST

Associated Case Party: JAMESBLAKEBRICKMAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas ANesbitt | | tnesbitt@dnaustin.com | 5/2/2025 4:44:11 PM | SENT |
| Kristin Neumann | | kneumann@dnaustin.com | 5/2/2025 4:44:11 PM | SENT |
| Thomas Turner | 24043967 | tturner@cstrial.com | 5/2/2025 4:44:11 PM | SENT |
| Ashley N.Morgan | | amorgan@cstrial.com | 5/2/2025 4:44:11 PM | SENT |
| Scott F.DeShazo | | sdeshazo@dnaustin.com | 5/2/2025 4:44:11 PM | SENT |
| Laura J.Goodson | | lgoodson@dnaustin.com | 5/2/2025 4:44:11 PM | SENT |
| Joey AChavez | | jchavez@cstrial.com | 5/2/2025 4:44:11 PM | SENT |

Associated Case Party: DAVID MAXWELL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gregory Sapire | 791601 | gsapire@maynardnexsen.com | 5/2/2025 4:44:11 PM | SENT |
| Carlos Soltero | 791702 | csoltero@maynardnexsen.com | 5/2/2025 4:44:11 PM | SENT |
| Matthew Murrell | | matthew@ssmlawyers.com | 5/2/2025 4:44:11 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Helfand | | bill.helfand@lewisbrisbois.com | 5/2/2025 4:44:11 PM | SENT |
| Dawn Garrard | | Dawn.Garrard@lewisbrisbois.com | 5/2/2025 4:44:11 PM | SENT |
| Sean Wood | | Sean.Wood@lewisbrisbois.com | 5/2/2025 4:44:11 PM | SENT |
| Erika Corona | | Erika.Corona@lewisbrisbois.com | 5/2/2025 4:44:11 PM | SENT |

Associated Case Party: JMARKPENLEY

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dawn Garrard on behalf of William Helfand
Bar No. 9388250
Dawn.Garrard@Lewisbrisbois.com
Envelope ID: 100398201
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 5/5/2025 11:22 AM CST

Associated Case Party: JMARKPENLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Don Tittle | 20080200 | don@dontittlelaw.com | 5/2/2025 4:44:11 PM | SENT |
| Roger Topham | 24100557 | rt@tophamlaw.com | 5/2/2025 4:44:11 PM | SENT |

Associated Case Party: RYANMVASSAR

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 5/2/2025 4:44:11 PM | SENT |